NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SI ZHONG WU,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>　　　　　　Respondent. | No. 09-71161<br><br>Agency No. A097-660-651<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 26, 2012[**]

Before:　　SCHROEDER, HAWKINS, and GOULD, Circuit Judges.

Si Zhong Wu, a native and citizen of China, petitions for review of the
Board of Immigration Appeals' order dismissing his appeal from an immigration
judge's decision denying his application for asylum and withholding of removal.
We have jurisdiction under  8 U.S.C. § 1252.  We review for substantial evidence,

---

　　　　[*]　　This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

　　　　[**]　　The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

*Singh v. Gonzales*, 439 F.3d 1100, 1105 (9th Cir. 2006), and we grant the petition for review and remand.

The agency's adverse credibility determination is not supported by substantial evidence because the agency relied exclusively on inconsistencies between Wu's testimony at the merits hearing and the credible fear interview notes which, in this case, lacked sufficient indicia of reliability. *See Singh v. Gonzales*, 403 F.3d 1081, 1089-90 (9th Cir. 2005). Remand for further findings is not necessary in this case because it is apparent from the record that the agency listed all possible reasons to support an adverse credibility determination. *See Soto-Olarte v. Holder*, 555 F.3d 1089, 1095 (9th Cir. 2009). Accordingly, we grant the petition for review and remand for further proceedings, deeming Wu's testimony credible. *See id*. at 1095-96; *see also INS v. Ventura*, 537 U.S. 12, 16-18 (2002) (per curiam).

**PETITION FOR REVIEW GRANTED; REMANDED.**